HOWARD D. MCGEORGE, Suing on Behalf of Himself and All Other Holders of 6% Cumulative Preferred Stock Series A of the New York, Chicago & St. Louis Railroad Company, Similarly Situated, Respondent, v. HUGH B. BAKER et al., as Directors of the New York, Chicago and St. Louis Railroad Company, et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 893.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP ROSSANO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CHARLES GREENBERG, Respondent, v. MONEKA COUNTRY HOTEL, INC., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JOSEF LIEBER, Respondent, v. LOUIS SCHLEIFER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CAULDWELL-WINGATE COMPANY, Appellant, v. NEW YORK CITY HOUSING AUTHORITY, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

VALERAY REAL ESTATE COMPANY, INC., Landlord-Respondent, v. NATIONAL TRANSPORTATION CO., INC., Tenant; SPECTOR MOTOR SERVICE, INC., Subtenant-Appellant; HOLLAND TRANSPORTATION CO., INC., Undertenant-Appellant, and DARL D. WOMELDORF, Doing Business as W. I. WOMELDORF & SONS, Undertenant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MOTORS REALTY CORPORATION, Appellant-Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [1775 Broadway, Borough of Manhattan.] — Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

NORTHEASTERN REAL ESTATE SECURITIES CORPORATION, Respondent, v. HENRY HOCHHAUSER, Appellant.— Order, so far as appealed from, unanimously affirmed; with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

COMMISSIONERS OF THE STATE INSURANCE FUND, Appellants-Respondents, v. FARRAND OPTICAL CO., INC., Respondent-Appellant, et al., Defendants.— Order affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Townley, J., dissent in part and vote to modify by granting plaintiffs' motion to strike out the first, second and third defenses and to affirm that part of the order which grants their motion to strike out the fourth defense. [185 Misc. 976.] [See *post*, p. 839.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID MONES, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 839.]